

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00558-CV

George **RODRIGUEZ** Jr.,
Appellant

v.

Luciano **GONZALES** Jr.,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 0168
Honorable Rochelle Camacho, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant George Rodriguez Jr.

SIGNED August 27, 2025.

_____
Adrian A. Spears II, Justice